# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

PAUL F. SCHWARZ, Personal Representative of the )
Estate of Paul A. Schwarz, )
          Plaintiff, )
)
v. ) No. 11-CV-04280-FJG
)
FRONTERA PRODUCE LTD., a foreign corporation; )
PRIMUS GROUP, INC., d/b/a PRIMUS LABS, a )
foreign corporation; CH ROBINSON WORLDWIDE, )
INC., a foreign corporation; FIRST WATCH )
RESTAURANTS, INC., a foreign corporation; )
and JOHN DOES 1-10, )
          Defendants. )

## ORDER

Pending before the Court is Defendant Primus Group Inc.'s Motion for Leave to Exceed Page Limit (Doc. No. 113). Defendant states its proposed suggestions in support of its motion to dismiss exceed the page limit provided in the local rules because plaintiff's Third Amended Complaint in this case is 20 substantive pages in length, including extensive alleged facts, and the issues in this case are extensive and complex. Defendant further indicates in its suggestions in support (Doc. No. 114) that although it has endeavored to shorten the "Legal Argument" section of its suggestions in support of its motion to dismiss, the section still exceed the Rule 7.0(f) page limit by 6 pages. Defendant indicates that plaintiff has no objection to allowing the filing of overlength suggestions in support of the motion to dismiss.

Upon consideration of defendant's motion for leave to exceed page limit (Doc. No. 113), the Court will **GRANT** defendant leave to file suggestions in support of its motion to dismiss that exceed the page limit provided for in the local rules. Defendant's

previously-filed motion to dismiss and suggestions in support (Doc. Nos. 115 and 116, respectively) will be considered properly filed.

**IT IS SO ORDERED.**

Date:  June 23, 2014  　　　　　　　　　　　　**/S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge