IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PAUL F. SCHWARZ, Personal Representative of the Estate of Paul A. Schwarz, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:11-cv-04280-FJG |
| FRONTERA PRODUCE LTD., a foreign corporation; and PRIMUS GROUP, INC., d/b/a PRIMUS LABS, a foreign corporation; | ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff Paul A. Schwarz and defendants Frontera Produce, Ltd. and Primus Group, Inc. d/b/a PrimusLabs, by and through their respective counsel, and stipulate that plaintiff's claims against defendant Frontera Produce, Ltd. in the above-captioned case have been settled by compromise settlement, with said settlement approved by this Court, and defendants Frontera Produce, Ltd. and Primus Group, Inc. d/b/a PrimusLabs should be dismissed with prejudice, with each party to bear his or its own costs.

Respectfully submitted,

/s/ Gregory Aleshire_____
Gregory Aleshire
William R. Robb
ALESHIRE ROBB, P.C.
2847 S. Ingram Mill Road A-102
Springfield, MO 65804
info@aleshirerobb.com

William D. Marler
MARLER CLARK, LLP, PS
1301 Second Avenue, Suite 2800
Seattle, WA 98101
bmarler@marlerclark.com
ATTORNEYS FOR PLAINTIFF

/s/ John E. Franke
John E. Franke
FRANKE SCHULTZ & MULLEN, P.C.
8900 Ward Parkway
Kansas City, MO 64114
jfranke@fsmlawfirm.com

S. Christian Stouder
Kenneth Anderson
HAIGHT BROWN & BONESTEEL, LLP
555 S. Flower Street, 45th Floor
Los Angeles, CA 90071
cstouder@hbblaw.com
kanderson@hbblaw.com
ATTORNEYS FOR FRONTERA PRODUCE, LTD.


/s/ Bart C. Sullivan
Bart C. Sullivan, #37239MO
FOX GALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
bsullivan@foxgalvin.com

Jeffrey S. Whittington
KAUFMAN BORGEEST & RYAN LLP
23975 Park Sorrento, Suite 370
Calabasas, CA 91302
jwhittington@kbrlaw.com

ATTORNEYS FOR DEFENDANT, PRIMUS GROUP, INC. d/b/a PRIMUSLABS

2